IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAKOTA FLYNN,

    Plaintiff,

v.                                            Case No. 2:24-cv-1076 KG/DLM

REBECCA HANKS, and
4 ELEMENTS OILFIELD SERVICES, LLC,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court after both parties failed to appear on time for a previously scheduled Rule 16 conference. (*See* Docs. 8 at 2; 14.) The parties are reminded that the Court has authority to impose sanctions for their failure to comply with Court orders. *See Rathbun v. Bannister*, No. 22-cv-0053, 2023 WL 4178061, at *1 (D.N.M. June 26, 2023) (citing *Olsen v. Mapes*, 333 F.3d 1199, 1204 (10th Cir. 2003); *Martinez v. Internal Revenue Serv.*, 744 F.2d 71, 73 (10th Cir. 1984)). The parties are therefore directed to show cause for their failures to comply with the Court's Order and to appear at the scheduled Rule 16 conference. The parties' responses to the Court's Order to Show Cause should be filed no later than **January 28, 2025**.

    IT IS SO ORDERED.

                                                  _____
                                                  DAMIAN L. MARTINEZ
                                                  UNITED STATES MAGISTRATE JUDGE