IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAKOTA FLYNN,

    Plaintiff,

v.                                              Case No. 2:24-cv-1076 KG/DLM

REBECCA HANKS, and
4 ELEMENTS OILFIELD SERVICES, LLC,

    Defendants.

## ORDER SETTING EX PARTE PHONE CALLS

**THIS MATTER** is before the Court following a Rule 16 scheduling conference. (*See* Doc. 19.) Pursuant to the Order setting a settlement conference in this matter, (*see* Doc. 21), the Court gives notice that it will conduct ex parte telephone calls with counsel as follows:

The Court will contact Marc Caruso, counsel for Plaintiff, on **April 29, 2025**, at 9:00 a.m. MDT.

The Court will contact Stephen Shanor, counsel for Defendants, on **April 29, 2025**, at 10:00 a.m. MDT.

Should counsel want the Court to contact them at a different phone number, they should email chambers in advance.

**IT IS SO ORDERED.**

                                                      _____
                                                      DAMIAN L. MARTINEZ
                                                      UNITED STATES MAGISTRATE JUDGE