THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAKOTA FLYNN,

    Plaintiff,

v.                                     Case No. 2:24-cv-1076 KG/DLM

REBECCA HANKS, and
4 ELEMENTS OILFIELD SERVICES, LLC,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court after a Rule 16 scheduling conference. (Doc. 19.) After reviewing the responses and hearing from the parties, the Court will **QUASH** the show cause order. (Doc. 15.)

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE