IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAKOTA FLYNN,

    Plaintiff,

v().                                             Cause No. 2:24-cv-01076 KG/DLM

REBECCA HANKS, and
4 ELEMENTS OILFIELD SERVICES, LLC,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANTS

THIS MATTER having come before the Court upon the Stipulation by the parties for the Dismissal of Defendants Rebecca Hanks and 4 Elements Oilfield Services, LLC ("Defendants") (Doc. 36). The Court having considered the Stipulation and treating the Stipulation as Joint Motion for Dismissal finds the Motion to be well taken and granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendants be and hereby are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with each party to bear it or their own costs and attorney fees.

IT IS SO ORDERED.

                                                /s/ KENNETH J. GONZALES[1]
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

*Electronically Approved 06/03/25 by M. Caruso*
Mark J. Caruso
Caruso Law Offices, P.C.
4302 Carlisle Blvd., NE
Albuquerque, NM 87107
(505) 883-5000
mark@carusolaw.com
 *Attorney for Plaintiff*

*/s/ Stephen S. Shanor*
Stephen S. Shanor, Esq.
Hinkle Shanor LLP
P.O. Box 10
Roswell, New Mexico  88202-0010
(575) 622-6510 telephone
ssshanor@hinklelawfirm.com